```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

Steven J. Beaudette

    v.                               Civil No. 11-569-JD

Bank of America Corporation, et al.


### PROCEDURAL ORDER

The plaintiff has filed an objection to the court's order dismissing this case. For reasons that are not apparent, the plaintiff claims that he did not receive a copy of the defendant's motion to dismiss, although it is evident from the docket that the plaintiff has received a number of other filings in this case.

The plaintiff shall have until February 17, 2012, to file an objection to the plaintiff's motion to dismiss.

SO ORDERED.

                                                  /s/ Joseph A. DiClerico, Jr.
                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

February 7, 2012

cc:  Steven J. Beaudette, pro se
     Christopher J. Somma, Esquire