UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Steven J. Beaudette</u>

    v.                           Civil No. 11-569-JD

<u>Bank of America Corporation, et al.</u>

<u>PROCEDURAL ORDER</u>

    The plaintiff has filed an objection to the court's order dismissing this case. For reasons that are not apparent, the plaintiff claims that he did not receive a copy of the defendant's motion to dismiss, although it is evident from the docket that the plaintiff has received a number of other filings in this case.

    The plaintiff shall have until February 17, 2012, to file an objection to the plaintiff's motion to dismiss.

    SO ORDERED.

                                                   Joseph A. DiClerico, Jr.
                                                   United States District Judge

February 7, 2012

cc:  Steven J. Beaudette, pro se
      Christopher J. Somma, Esquire